IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN REILLY,

    Plaintiffs,

v.                                      CASE NO. 4:10-cv-00326-MP -GRJ

LARRY CAMPBELL, et al,

    Defendants.

_____/

## O R D E R

Plaintiff, a former inmate proceeding pro se, has filed a civil rights complaint under 42 U.S.C. §1983. (Doc. 1). On the same date Plaintiff filed the Complaint and a motion for leave to proceed *in forma pauperis* with inmate account information (Doc. 2), Plaintiff advised the Court that his address had changed effective August 1, 2010 from the Leon County Jail to a residential address in Miami, Florida. Consequently, because Plaintiff is no longer a prisoner, he is required to file a motion for leave to proceed *in forma pauperis* as a non-prisoner and provide current financial information.

Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court and submit a new application to proceed *in forma pauperis* for non-prisoners with a financial affidavit.

Accordingly, it is **ORDERED:**

1.  The clerk shall forward to Plaintiff a form complaint and an application for leave to proceed *in forma pauperis* for non-prisoners, with financial affidavit, which Plaintiff shall complete and return on or before **December 20, 2010.**

2.  The motion for leave to proceed (Doc. 2) is **DEEMED MOOT**.

3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** this 6th day of December 2010.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge